UNITED STATES DISTRICT COURT
WESTERN DISRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

26-MC-15

THE SUM OF APPROXIMATELY $15,716
UNITED STATES CURRENCY,

Defendant.

---

**STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION**

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and Matthew Lembke, Esq., for Jose Geovanny Castro Caguana and Zoila Caguana-Guaman (hereinafter "the claimants"), that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture against the sum of approximately $15,716 United States Currency (hereinafter "the subject funds") is extended for ninety (90) days from November 4, 2026 to February 4, 2027.

The parties to this Stipulation further agree that the claimants may revoke their consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the subject funds, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for

Forfeiture.

MICHAEL DIGIACOMO
United States Attorney

Dated: 10/15/26

Melanie Bailey

By: MELANIE J. BAILEY
Assistant United States Attorney

Dated: 10/15/2026

MATTHEW LEMBKE, ESQ.
Attorney for Claimants